# First District Court of Appeal
## State of Florida

_____

No. 1D18-2632
_____

Christopher Robert
Creighton,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

July 12, 2019

Per Curiam.

AFFIRMED.

Wolf, Roberts, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.